FILED: April 17, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-128 (L)
(20-30608)

_____

OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS

        Petitioner

v.

ALDRICH PUMP LLC, a Texas limited liability company; MURRAY BOILER HOLDINGS LLC; JOSEPH W. GRIER, III, Future Claimants' Representative

        Respondents

_____

No. 24-129
(20-30608)

_____

ROBERT SEMIAN AND FORTY-SIX OTHER CLIENTS OF MAUNE RAICHLE HARTLEY FRENCH & MUDD, LLC

        Petitioners

v.

ALDRICH PUMP LLC, a Texas limited liability company; MURRAY BOILER HOLDINGS LLC; JOSEPH W. GRIER, III, Future Claimants' Representative

        Respondents

_____

O R D E R

_____

Upon review of submissions relative to the petitions for permission to appeal, the court denies the petitions.

Judge Thacker and Judge Quattlebaum voted to deny the petitions. Judge King voted to grant the petitions.

For the Court

/s/ Nwamaka Anowi, Clerk